UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-04986-CBM-(MAA) | Date | August 5, 2024 |
|---|---|---|---|

| Title | *Roderick Washington v. Kathleen Allison et al* |
|---|---|

Present: The Honorable      CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**       **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PAY FILING FEE**

Plaintiff filed this action on May 24, 2024 and filed a request to proceed without prepayment of filing fees on the same day.  (Dkt. Nos. 1, 2.)  On June 24, 2024, the Court denied Plaintiff's request and ordered Plaintiff to pay the full filing fee of $405 within 30 days of the date of the Order, and stated that if Plaintiff did not "comply with these instructions within 30 days, this case will be DISMISSED without prejudice."  (Dkt. No. 4.)  The deadline for Plaintiff to pay the full filing fee was July 24, 2024.  To date, Plaintiff has failed to pay the filing fee.

The Court hereby orders Plaintiff to show cause in writing on or before **August 12, 2024** why this action should not be dismissed.  Failure to respond or pay the filing fee by that date will result in dismissal of this action without prejudice.

**IT IS SO ORDERED.**

00   :

Initials of Deputy Clerk   YS