JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04986-CBM (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: June 26, 2025　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE